LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.
JOSEPH P. GARIN, ESQ.
Nevada Bar No. 6653
SHANNON D. NORDSTROM, ESQ.
Nevada Bar No. 8211
JESSICA A. GREEN, ESQ.
Nevada Bar No. 12383
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
Telephone: (702) 382-1500
Facsimile: (702) 382-1512
jgarin@lipsonneilson.com
snordstrom@lipsonneilson.com
jgreen@lipsonneilson.com

Attorneys for Defendant
LAPC OASIS, INC., dba
ALEXIS PARK ALL SUITE RESORT

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| EILEEN GOLDMAN, Individually, | Case No.: 2:15-cv-01671-GMN-PAL |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| LAPC OASIS, INC., dba ALEXIS PARK ALL SUITE RESORT, a Nevada corporation; DOES 1-10, inclusive; ROE CORPORATIONS 1-10, inclusive, | |
| Defendants | |

Lipson, Neilson, Cole, Seltzer & Garin, P.C.
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 – fax (702) 382-1512

IT IS HEREBY STIPULATED by Plaintiff, EILEEN GOLDMAN, and Defendant LAPC OASIS, INC., a Nevada Corporation dba Alexis Park All Suite Resort, by and through their respective counsel of record, that:

1.  The above-entitled matter can be dismissed in its entirety, with prejudice; and

2.  Each of the parties will bear their own attorney's fees and costs.

| | |
|---|---|
| Dated: December _2_, 2015. | Dated: December _7th_ 2015. |
| KIRK KENNEDY LAW OFFICE | LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C. |
| By: _____ | By: _____ |
| KIRK T. KENNEDY, ESQ. | JOSEPH P. GARIN, ESQ. |
| Nevada Bar No. 5032 | Nevada Bar No. 6653 |
| 815 S. Casino Center Blvd. | SHANNON D. NORDSTROM, ESQ. |
| Las Vegas, Nevada 89101 | Nevada Bar No. 8211 |
| | JESSICA A. GREEN, ESQ. |
| *Attorney for Plaintiff* | Nevada Bar No. 12373 |
| | 9900 Covington Cross Drive, Suite 120 |
| | Las Vegas, Nevada 89144 |
| | *Attorneys for Defendant* |

## ORDER OF DISMISSAL

Based on the foregoing stipulation of the parties, it is hereby ORDERED that:

1.  The above-entitled matter is hereby dismissed in its entirety, with prejudice; and

2.  Each of the parties will bear their own attorney's fees and costs.

IT IS SO ORDERED.

Dated this ___8___ day of ___December___, 2015.

_____
UNITED STATES DISTRICT JUDGE